

# THE ATTORNEY GENERAL

## OF TEXAS

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

February 28, 1972

Honorable James U. Cross
Executive Director, Texas
Parks and Wildlife Department
John H. Reagan Building
Austin, Texas 78701

Opinion No. M- 1084

Re: Purchase of white-
winged dove habitat.

Dear Mr. Cross:

You ask whether Article 879a-6, Sec. 4(c), Vernon's
Penal Code, and the current General Appropriation Act,*
authorizes your Department to expend any monies for the
acquisition of a white-winged dove habitat.

Our answer is that the authority contained in this
Article of the Penal Code is sufficient pre-existing law
under Article III, Section 44 of our Constitution to
support an appropriation for this purpose.

However, neither your Department, nor our office,
find any appropriation of monies in the current General
Appropriation Act for this purpose.

Therefore your Department is not authorized to expend
any monies for this purpose. Tex.Const., Art.VIII, Sec. 6.

- S U M M A R Y -

No appropriation of funds exists for acqui-
sition of a white-winged dove habitat authorized
by Article 879a-6, Sec. 4(c), V.P.C.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

---

*S.B. 11, Acts 62nd Leg., 1971, R.S., as amended by
S.B. 7, Acts 62nd Leg., 1971, 1st C.S.

-5300-

Prepared by Dunklin Sullivan
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
Bill Allen, Co-Chairman

John Reeves
Linward Shivers
Bob Flowers
Rex H. White, Jr.

SAMUEL D. MCDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant